# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION
### Consolidated under Case No. 8:03-cv-539-T-31DAB
### Case No. 8:03-cv-544-T-31DAB

|  | Pre-Consolidated Case Nos.: |
|---|---|
| DANIEL FERGUSON, as Personal Representative of the Estate of JAMES PATRICK FERGUSON, Deceased, and ANN MARENETTE, his mother. | 8:03-cv-539-T-30MSS<br>8:03-cv-1396-T-30TGW |
| BEVERLY A. RICHARDSON[1], as Personal Representative of the Estate of EDWIN B. RICHARDSON, Deceased and on behalf of MATTHEW C. RICHARDSON and THOMAS A. RICHARDSON, Children of EDWIN B. RICHARDSON, Deceased. | **8:03-cv-544-T-30MSS**<br>8:03-cv-1391-T-30MAP |
| BONNIE BENINATI, as Personal Representative of the Estate of JAMES BENINATI, Deceased and as Guardian of JULIE BENINATI, a Minor, AMY BENINATI, a Minor, JARED BENINATI, a Minor, and KENAN BENINATI, a Minor. | 8:03-cv-541-T-30TGW<br>8:03-cv-1380-T-30MSS |
| TINA BRIDGES, as Personal Representative of the Estate of ANDREW H. BRIDGES and as Guardian of ERICA BRIDGES, a Minor and MADISON BRIDGES, a Minor and JANET ELIZABETH KARISTINOS, his Mother. | 8:03-cv-561-T-30EAJ<br>8:03-cv-1383-T-30TGW |
| JANEAN BREUSS, as Personal Representative of the Estate of ERNEST BLAWAS, Deceased, and CHRISTINA BROWN, surviving daughter of ERNEST BLAWAS, Deceased. | 8:03-cv-552-T-30TGW<br>8:03-cv-1385-T-30TGW |
| JAMIE PITTMAN, as Personal Representative of the Estate of PAUL E. CRAMER, and as Guardian of BENJAMIN ENNO CRAMER, a Minor, SARAH JEAN CRAMER, a Minor and ISAAC NATHANIEL CRAMER, a Minor. | 8:03-cv-550-T-30TGW<br>8:03-cv-1393-T-30TM |
| ELIZABETH ANN MANSKE, as Personal Representative of the Estate of MICHAEL E. EAST, Deceased, and as Guardian of SAVANNAH MANSKE-EAST, a Minor and on behalf of ELIZABETH ANN SMITH, a Minor. | 8:03-cv-557-T-30TBM<br>8:03-cv-1386-T-30EAJ |

---

[1] The Richardson Case No. 8:03-cv-544-T-30MSS was selected as a representative damages case from the 13 active Plaintiffs which were all consolidated and tried as to liability under the Ferguson style, Case No. 8:03-cv-539-T-30MSS.

CAROL ELKIN, as Personal Representative of the   8:03-cv-551-T-30EAJ
Estate of RONALD ELKIN, Deceased, and on behalf  8:03-cv-1392-T-30TBM
of his Survivors RONALD ELKIN, JR. and DONNA
ELKIN, children of RONALD ELKIN, Deceased.

MARTHA BARTELS, as Personal Representative of  8:03-cv-554-T-30TGW
the Estate of MATHREW E. KIDD, Decease and   8:03-cv-1387-T-30TBM
DONALD EARL KIDD, Intervenor.

ROXANNE LANE, as Personal Representative of   8:03-cv-555-T-30MAP
the Estate of MICHAEL LANE, Deceased.     8:03-cv-1394-T-30TBM

LUCINDA SHELBY, as Personal Representative of  8:03-cv-556-T-24MAP
the Estate of DEAN J. SHELBY,  Deceased, and as  8:03-cv-1395-T-30MSS
Guardian of AMANDA SHELBY, a Minor, and
on behalf of ZACHARY SHELBY, son of DEAN J.
SHELBY, Deceased.

KATHERYN SKURUPEY, as Personal Representative 8:03-cv-542-T-30TBM
of the Estate of GREGORY SKURUPEY,  Deceased,  8:03-cv-1390-T-30EAJ
and as Guardian of LOGAN SKURUPEY, a Minor, and
SHERIDAN SKURUPEY, a Minor, the surviving children
of GREGORY SKURUPEY, Deceased.

ELLEN SUMMERELL, as Personal Representative of  8:03-cv-559-T-30TGW
the Estate of RICHARD SUMMERELL, Deceased, and 803-cv-1384-T-30MSS
on behalf of DANIEL PATRICK SUMMERELL, MARY
ELIZABETH SUMMERELL, JENNIFER LYNN MENTA
SUMMERELL, and MATTHEW MARK SUMMERELL,
surviving children of RICHARD SUMMERELL, Deceased.

    Plaintiffs,

vs.

BOMBARDIER SERVICES CORPORATION;
and SHORT BROTHERS PLC,

    Defendants.

_____/

## ORDER

This cause came on for consideration on the Court's review of the file.  Two groups of Defendants in Case No. 8:03cv539-T-31DAB: (1) Rockwell Collins, Inc. and (2) Short Brothers, Bombardier Service Corporation, and Short Brothers PLC, have filed Motions for reconsideration (Doc. Nos. 547 & 548) of Judge Presnell's denial of their Bills of Costs (Doc. No. 542).[2]   The Motions for reconsideration contain amendments to the original (denied) bills of costs[3].  Plaintiffs have filed objections to the bills of costs and opposition to the motions for reconsideration.  The matter of Defendants' entitlement to costs has now been referred to this Court for report and recommendation.  Pursuant to Federal Rule of Civil Procedure 54, the proper procedure for obtaining reimbursement of costs is via a bill of costs, which is to be taxed by the Clerk on one day's notice.  FEDERAL RULE OF CIVIL PROCEDURE 54(d)(1).  Plaintiffs then have five days in which to file a motion for review of the costs taxed.

It is **ORDERED** that the Motions for Reconsideration (Doc. Nos. 547, 548) are **GRANTED** to the extent they seek permission to file amended bills of costs under the proper procedure as set forth in Rule 54(d)(1)[4].  It is further **ORDERED** that the Defendants shall file their amended bills of costs within 11 days of the date of this Order; such filings will be considered timely filed.  The Bills of Costs should indicate which Plaintiffs the costs are sought against and in what capacity.  The Clerk's Office (Orlando Division) is **DIRECTED** to tax costs on one day's notice.  Plaintiffs shall

---

[2]Judge Presnell entered the identical order in Case No. 8:03cv544-T-31DAB.

[3]The parties are ordered not to file any charts or tables in a font smaller than 12 point, *e.g.*, the chart in Doc. No. 545-2 at 2 is virtually impossible to read in the CM/ECF system.

[4]The corresponding motion [Doc. No. 147] in Case no. 8:03cv544 is likewise **GRANTED** as set forth herein.

file any motion to review the bills of costs within five days of the costs being taxed. Defendants shall then have ten days in which to respond to any motions to review.

**DONE** and **ORDERED** in Orlando, Florida on January 13, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Division Manager, Orlando Division

-4-